UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VERLON PONTO, JON UNTIEDT and DAVID CHRISTOFFER, individually and on behalf of all others similarly situated,

CIVIL NO. 01-1032 (RHK/JMM)

Plaintiffs,

v.

ORDER

AVENTIS CROPSCIENCE HOLDING, INC.,

Defendant.

The above matter came on before the undersigned on June 22, 2001 upon the June 22, 2001 joint letter of the parties requesting the undersigned to vacate the Order for Pretrial Conference.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the pretrial Conference scheduled for July 16, 2001 is canceled. The parties shall promptly advise this Court of the disposition of Plaintiffs' Motion to Remand.

Dated: June 22, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK